UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL COTTON,

  Plaintiff,                                                    Case No. 8:16-cv-2540-T-23AEP

v.

OCWEN LOAN SERVICING, LLC,

  Defendant.
_____/

## NOTICE OF SETTLEMENT

     Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

     I hereby certify that on the 1st day of November, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

                                                             Respectfully submitted,

                                                              /s/ *Jon Dubbeld*_____
                                                              Jon P. Dubbeld, Esq.
                                                              Fla. Bar No. 105869
                                                              Berkowitz & Myer
                                                              2820 First Avenue North
                                                              St. Petersburg, Florida 33713
                                                              Telephone:  (727) 344-0123
                                                              Jon@berkmyer.com
                                                              *Attorneys for Plaintiff*